PROB 12A
(7/93)

# UNITED STATES DISTRICT COURT
for
Western District of Texas

## Report on Offender Under Supervision

Name of Offender: <u>Ruben Avila</u>     Case Number: <u>A-09-CR-130(1)-LY</u>

Name of Sentencing Judicial Officer: <u>Honorable Lee Yeakel, U.S. District Judge, Western District of Texas, Austin Division</u>

Date of Original Sentence: <u>July 1, 2009</u>

Original Offense: <u>Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1)</u>

Original Sentence: <u>Ninety-Six (96) months custody in the Bureau of Prisons followed by three (3) years of supervised release with the following special conditions: shall complete drug and mental health treatment, shall participate in workforce development, shall refrain from the use of alcohol and all other intoxicants</u>

Type of Supervision: <u>Supervised Release</u>     Date Supervision Commenced: <u>December 10, 2021</u>

Assistant U.S. Attorney: <u>James F. Booher</u>     Defense Attorney: <u>William H. Ibbotson</u>

## PREVIOUS COURT ACTION

None

## NONCOMPLIANCE SUMMARY

**Violation of Mandatory Condition No. 2:** "The defendant shall not unlawfully possess a controlled substance."

**Nature of Non-compliance:** On May 11, 2022, June 6, 2022, and June 17, 2022, the defendant submitted to random urine samples that tested positive for cocaine.

**U.S. Probation Officer Action:** On May 31, 2022, the USPO received confirmation for the sample submitted on May 11, 2022. Upon receipt of confirmation, Mr. Avila was admonished for his continued substance abuse and informed that his behavior was unacceptable. The defendant understands that any further violations will lead to this USPO requesting a petition for a warrant from the Court. It is respectfully recommended that no action be taken at this time to allow the defendant to continue with substance abuse treatment to address the use of illegal drugs.

| Approved: | Respectfully submitted, |
|---|---|
| *signature* | *signature* |
| Craig A. Handy | Lauro Garza |
| Supervising U. S. Probation Officer | United States Probation Officer |
| Date: July 11, 2022 | Date: July 11, 2022 |

**THE COURT ORDERS:**

☑ No Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

*signature*

Honorable Susan Hightower
United States Magistrate Judge

Date: July 11, 2022